

# THE ATTORNEY GENERAL
# OF TEXAS

GERALD C. MANN
XXXXXXXXXXXXON
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Texas State Board of Pharmacy
Insurance Building
Dallas, Texas

Dear Sirs:

Opinion No. 0-3818
Re: Whether a manufacturer having in his employ a physician is entitled to a license although a registered pharmacist is not employed.

We are pleased to comply with your letter of July 25, 1941, which reads as follows:

"The Texas Board of Pharmacy has in the past received many applications and requests for permits from persons and firms desiring to manufacture different kinds of drugs and medicines but who do not have in their employ a registered pharmacist, and instead have employed physicians, dentists, veterinarians, and chiropodists.

"This letter is to ask your opinion on whether or not, under the Texas Pharmacy Law, a manufacturer, who does not have a registered pharmacist in his employ, is entitled to a license permitting him to mix or manufacture drugs or medicines, although he may have in his employ a physician, dentist, veterinarian, or a chiropodist.

"Since we have refused to issue several permits, awaiting your opinion, an early reply will certainly be appreciated."

Section 8 of Article 4542a, Vernon's Annotated Civil Statutes, after declaring certain acts unlawful pertaining to the requirements for the registration of pharmacists, contains the following language:

"* * * and provided further that nothing contained in this Act shall be construed to prevent the administration or compounding of drugs

and medicines carried or kept by licensed physi-
cians, dentists, veterinarians and chiropodists
in order to supply the needs of their patients;
* * * not to prevent licensed physicians, dentists,
veterinarians and chiropodists from compounding,
manufacturing and selling any medicines of their
own formula."

Section 17 of this Act then provides, as pertinent, as
follows:

"**** and every manufacturer of drugs and
medicines as defined herein, after the passage of
this Act shall procure from the Board a permit for
each store or factory to be operated by making with-
in six (6) months application to the Board upon a
form to be furnished by said Board, setting forth
under oath ownership and location, and the name,
with the certificate number, of the pharmacist reg-
istered in this State, <u>or physician, dentist, vet-
erinarian or chiropodist</u> who is to be continuously
employed by the pharmacy or drug store or factory,
* * *. The permit provided for herein shall be is-
sued annually by the Board upon a receipt of proper
application accompanied by a fee of Two Dollars
($2); this permit to be displayed conspicuously at
all times in the store or factory of original issue.
* * * ." (Emphasis ours)

Under these provisions of the Pharmacy Law, the Board
is required to issue a license to any person manufacturing
drugs and medicines if a physician, dentist, veterinarian or
chiropodist is shown to be continuously employed by the manu-
facturer.

It is not required that a registered pharmacist be employed,
the disjunctive "or physician, dentist, veterinarian or chiro-
podist," demonstrating the legislative intent in this respect.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Zollie C. Steakley
Zollie C. Steakley
Assistant

ZCS:RS:wc

APPROVED AUG 7, 1941
s/Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee By REK Chairman